UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HELEN VINCENT,<br><br>        Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>        Defendant. | NO:  10-CV-0347-TOR<br><br>ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL |

Before the Court is the parties' Stipulation for Order of Dismissal (ECF No. 229). The parties stipulated that the above-captioned cause of action has been settled and should be dismissed with prejudice and without cost or fees to either party.

**Accordingly, IT IS HEREBY ORDERED**:

The parties' Stipulation for Order of Dismissal (ECF No. 229) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without cost or fees to either party.

ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL ~ 1

1  The District Court Executive is hereby directed to enter this Order, furnish
2  copies to counsel, and **CLOSE** the file.
3  **DATED** this 11th day of January, 2013.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL ~ 2